FILED

08 JUL -9 PM 2: 43

RICHARD W. WIEKING
CLERK, U.S. DISTRICT
NORTHERN DISTRICT
OF CALIFORNIA

## PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

Name __EARL,        MITCHELL        D.__
        (Last)              (First)              (Initial)

Prisoner Number __D-00741__

Institutional Address __SAN QUENTIN STATE PRISON__

**CW**
**(PR)**

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA E-filing

__MITCHELL DOUGLAS EARL__

Full Name of Petitioner

CV 08 Case No.(To be provided by the clerk of court) 3295

vs.

__ROBERT L. AYERS JR.__        PETITION FOR A WRIT OF HABEAS CORPUS

Name of Respondent
(Warden or jailor)

CV08-3295

### Read Comments Carefully Before Filling In

When and Where to File

You should file in the Northern District if you were convicted and sentenced in one of these counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma. You should also file in this district if you are challenging the manner in which your sentence is being executed, such as loss of good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).

If you are challenging your conviction or sentence and you were not convicted and sentenced in one of the above-named fifteen counties, your petition will likely be transferred to the United States District Court for the district in which the state court that convicted and sentenced you is located. If you are challenging the execution of your sentence and you are not in prison in one of these counties, your

petition will likely be transferred to the district court for the district that includes the institution where you are confined.  Habeas L.R. 2254-3(b).

<u>Who to Name as Respondent</u>

You must name the person in whose actual custody you are. This usually means the Warden or jailor. Do not name the State of California, a city, a county or the superior court of the county in which you are imprisoned or by whom you were convicted and sentenced. These are not proper respondents.

If you are not presently in custody pursuant to the state judgment against which you seek relief but may be subject to such custody in the future (e.g., detainers), you must name the person in whose custody you are now and the Attorney General of the state in which the judgment you seek to attack was entered.

<u>A. INFORMATION ABOUT YOUR CONVICTION AND SENTENCE</u>

1.  What sentence are you challenging in this petition?  **37 years, 4mo to life**

(a) Name and location of court that imposed sentence (for example; Alameda County Superior Court, Oakland):

|  |  |
| --- | --- |
| **LOS ANGELES COUNTY SUPERIOR COURT** | **LOS ANGELES CALIF.** |
| Court | Location |

(b)  Case number, if known  __A-387949__
(c)  Date and terms of sentence  __8-31-84__
(d)  Are you now in custody serving this term? (Custody means being in jail, on parole or probation, etc.) Yes **x** No

Where? __**SAN QUENTIN STATE PRISON**        **SAN QUENTIN, CALIF. 93974**__
     (Name of Institution)          (Address)

2.  For what crime were you given this sentence? (If your petition challenges a sentence for more than one crime, list each crime separately using Penal Code numbers if known. If you are challenging more than one sentence, you should file a different petition for each sentence.)

| **B** | **A-387949** |
| --- | --- |
|  | **A-392814** |

3.  Did you have any of the following?

Arraignment: Yes **x** No __   Preliminary Hearing: Yes **x** No __ Motion to Suppress: Yes **x** No __

3

4.    How did you plead?

Guilty _____    Not Guilty __x____    Nolo Contendere _____

Any other plea (specify) _____

5    If you went to trial, what kind of trial did you have?

Jury __x____    Judge alone _____    Judge alone on a transcript _____

6.    Did you testify at your trial?  Yes ___  No _x_

7.    Did you have an attorney at the following proceedings:

(a)    Arraignment   Yes _x_        No __
(b)    Preliminary hearing          Yes _x_        No __
(c)    Time of plea   Yes __        No _
(d)    Trial   Yes __x__        No __
(e)    Sentencing   Yes _x_        No __
(f)    Appeal        Yes ___x__        No
(g)    Other post-conviction proceeding    Yes _x_        No __

8.    Did you appeal your conviction?   Yes _x_  No __

(a)    If you did, to what court(s) did you appeal?

| | | | Year | Result |
|---|---|---|---|---|
| Court of Appeal | Yes _x_ | No __ | **1985** | **denied** |
| Supreme Court of California | Yes _x_ | No __ | **1985** | **denied** |
| Any other court | Yes __ | No x | | |

(b)    If you appealed, were the grounds the same as those that you are raising in this petition?
                    Yes __  No x_

(c)    Was there an opinion? **n/a** Yes    No

(d)    Did you seek permission to file a late appeal under Rule 31(a)?
                    Yes        No x

4

If you did, give the name of the court and the result:

_____

9.    Other than appeals, have you previously filed any petitions, applications or motions with respect to this conviction in any court, state or federal?    Yes **x**        No __

Note: If you previously filed a petition for a writ of habeas corpus in federal court that challenged the same conviction you are challenging now and if that petition was denied or dismissed with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit for an order authorizing the district court to consider this petition. You may not file a second or subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit. 28 U.S.C. § 2244(b).

      (a)    If you sought relief in any proceeding other than an appeal, answer the following questions for each proceeding. Attach extra paper if you need more space.

I.   Name of Court   **IN THE SUPREME COURT OF CALIFORNIA**

Type of Proceeding   **ON HABEAS CORPUS**

Grounds raised (Be brief but specific):

a.   **DUE PROCESS VIOLATIONS**

b.

c.

d.

Result   **DENIED**   Date of Result   **6-18-08**

II.   Name of Court  **IN THE COURT OF THE STATE OF CALIF. APPELLANT DISTRI**

Type of Proceeding   **ON HABEAS CORPUS**

Grounds raised (Be brief but specific):

a.   **DUE PROCESS VIOLATIONS**

b.

c.

d.

Result   **DENIED**   Date of Result **APR 14 2008**

III.   Name of Court  **SUPERIOR COURT COUNTY OF LOS ANGELES**

Type of Proceeding _____ **ON HABEAS CORPUS** _____

Grounds raised (Be brief but specific):

a. _____ **DUE PROCESS VIOLATIONS** _____

b. _____

c. _____

d. _____

Result ____ **DENIED** _____ Date of Result **12-21-07** _____

     (b)     Is any petition, appeal or other post-conviction proceeding now pending in any

court?     Yes __ No _**x**_

_____

(Name and location of court)

## B. GROUNDS FOR RELIEF

    State briefly every reason that you believe you are being confined unlawfully. Give facts to

support each claim. For example, what legal right or privilege were you denied? What happened? Who

made the error? Avoid legal arguments with numerous case citations. Attach extra paper if you need

more space. Answer the same questions for each claim.

    Note: You must present ALL your claims in your first federal habeas petition. Subsequent

petitions may be dismissed without review on the merits. 28 U.S.C. § 2244(b); McCleskey v. Zant, 499

U.S. 467, 111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).

    Claim One: _____ **SEE ATTACHMENT** _____

Supporting Facts: **SEE ATTACHMENT**

Claim Two: **SEE ATTACHMENT**

Supporting Facts: **SEE ATTACHMENT**

Claim Three: _____

Supporting Facts: _____

If any of these grounds was not previously presented to any other court, state briefly which grounds were not presented and why:

8

ATTACHMENT SHEET

CLAIM ONE

PETIONERS CONSTITUTION OF THE UNITED STATES AMENDMENT XIV
WERE VIOLATED

SUPPORTING FACTS:

ON DEC. 30, 1985 PETITIONER WAS SENTENCE TO LIFE WITH THE POSSIBI
TY OF PAROLE: CONTROLLING CASE A-387949 209 KIDNAP ROBBERY.

EARLIEST POSSIBLE RELEASE DATE (1989).

PETITIONER ATTENDED HIS FIRST BOARD HEARING (INITIAL HEARING)
OCTOBER4,1988, PETITIONER ATTENDED SUBSEQUENT HEARINGS: 1990,
1992, 1995, 1997, and 2000. PETITIONER STRIVING FOR LIBERTY
AND SUITABILTY FOR PAROLE, ON JUNE 8, 2000 THE BOARD OF PRISON
TERMS LEGAL DIVISION RECOMMENDED "VACATE ALL PREVIOUS BOARD
HEARINGS DECISIONS AND DETERMINATE SENTENCE 37 yrs. 4 mo
RELEASE DATE IS THE MEPD 3-10-2003.

ON 6-9-2000 RECOMMENDATION WERE GRANTED

PETITIONER MAINTAINS THAT THE COURTS OBLIGATION TO ASSURE THAT
THE INDETERMINATE SENTENCE LAW IS PROPERLY ADMINISTERED IN
NOT LIMITED TO CONSIDERATION OF PROCEDURAL DUE PROCESS.

PETITIONER PRAY THE COURTS ASSURE THAT PRACTICES FOLLOWED
BY THE BOARD OF PRISON TERMS DO NOT PERMIT UNCONSTITUTIONALLY
EXCESSIVE PUNISHMENT

ATTACHMENT SHEET

CLAIM TWO

PETITIONERS CONSTITUTION OF THE UNITED STATES AMENDMENT VI
WERE VIOLATED    (TRIAL IN CRIMINAL PROCEEDINGS)


SUPPORTING FACTS:

PETITIONER PRESENTLY SERVING A 37 yrs 4mos to life SENTENCE.
PREVIOUS COURTS SENTENCE FROM LIFE WITH THE POSSIBILTY OF
PAROLE 1989 mepd TO PRESENT 2003 mepd,
ON MARCH 13, 2007 SUBSEQUENT HEARING NUMBER ONE WERE
PROTESTED FOR COURTS DECISION.
PETITIONERS LIFE SENTENCE HAS BEEN ALTERED BY THE BOARD
OF PRISON TERMS (PRE BOARD AUDIT) TO RESEMBLE A 37 yrs,
4 mos. TO LIFE SENTENCE  AFTER FIFTHTEEN YEARS ENHANCING
PETITIONERS SENTENCE.
THE ENHANCEMENT OF PETITIONERS SENTENCE FROM JUDICIAL LIFE
WITH THE POSSIBILITY OF PAROLE TO 37 yrs 4 mos to life ARE
USE OF UNCHARGED, UNPROVEN ELEMENTS OF HIS CRIME TO ENHANCE
PUNISHMENT AND CONTINUE DENYING PAROLE VIOLATES PETITIONERS
CONSTITUTIONAL RIGHT TO A JURY TRAIL UNDER THE SIXTH AMENDMENT
OF THE UNITED STATES CONSTITUTION.

SUPPORTING CASES


THE RULE OF APPRENDI V. NEW JERSEY  530 U.S. 466, 490
(BLAKELY V. WASHING 2004 DJDAR 7581


IN RE WEAVER V. MAASS (9th cir. 1995) 53 F. 3d 956)

IN RE DANNENBERG (2002) 102 CAL. APP 4th 95,

CALDER V. BULL (1798) 3 U.S. (3 DALL) 386, 390-391

GARNER V. JONES (20020 529 U.S 244, 253

List, by name and citation only, any cases that you think are close factually to yours so that they are an example of the error you believe occurred in your case. Do not discuss the holding or reasoning of these cases:

**SEE ATTACHMENT**

Do you have an attorney for this petition?    Yes __    No **X**

If you do, give the name and address of your attorney:

WHEREFORE, petitioner prays that the Court grant petitioner relief to which s/he may be entitled in this proceeding. I verify under penalty of perjury that the foregoing is true and correct.

Executed on **6-25-08**  _Mitchell Sal_
         Date           Signature of Petitioner

( rev. 5/96)

MR. MITCHELL EARL
D-00041 5U 29h
SAN QUENTIN, CALIF.
94974

INSPECTED BY

United States District
Court For The Northern District
Of California,
450 Golden Gate Avenue,
Box 36060
San Francisco, CA.
941..

RECEIVED

JUN 27 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

pro se

Yo Broder                    6-25-08