```
                                              FILED
                                              JUL 2 9 2008
                                              RICHARD W. WIEKING
                                              CLERK, U.S. DISTRICT COURT
                                              NORTHERN DISTRICT OF CALIFORNIA
                                                        OAKLAND
```

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MITCHELL EARL            )   CV 08        3295
                         )
            Plaintiff,   )   CASE NO. _____
                         )
    vs.                  )   PRISONER'S
                         )   APPLICATION TO PROCEED
ROBERT AYERS SR.         )   IN FORMA PAUPERIS
                         )
            Defendant.   )
_____)

I, MITCHELL EARL, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed? Yes ____ No **X**

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: ___—_____  Net: ___—_____

Employer: ___—_____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS         - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  FEIDER'S GROUP HOME - (1982)
5  _____
6  _____

7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9     a.   Business, Profession or                 Yes ___ No ✓
10        self employment
11    b.   Income from stocks, bonds,             Yes ___ No ✓
12        or royalties?
13    c.   Rent payments?                        Yes ___ No ✓
14    d.   Pensions, annuities, or                 Yes ___ No ✓
15        life insurance payments?
16    e.   Federal or State welfare payments,      Yes ___ No ✓
17        Social Security or other govern-
18        ment source?

19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21 _____
22 _____

23 3.   Are you married?                         Yes ___ No ✓
24 Spouse's Full Name: ___—___
25 Spouse's Place of Employment: ___—___
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $___—___  Net $___—___
28 4.   a.   List amount you contribute to your spouse's support:$ ___—___

PRIS. APP. TO PROC. IN FORMA PAUPERIS       -2-

b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_____

_____

5. Do you own or are you buying a home?  Yes ___ No ✓

Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile?  Yes ___ No ✓

Make ___—___ Year ___—___ Model ___—___

Is it financed? Yes —  No —  If so, Total due: $ ___—___

Monthly Payment: $ ___—___

7. Do you have a bank account?  Yes ___ No ✓ (Do not include account numbers.)

Name(s) and address(es) of bank: ___—___

_____

Present balance(s): $ ___—___

Do you own any cash? Yes ___ No ✓ Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)  Yes ___ No ✓

_____

8. What are your monthly expenses?

Rent: $ ~~Imprisoned~~        Utilities: _____

Food: $ _____            Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $ _____ | $ _____ |
| ~~Incarcerated~~ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

INCARCERATED

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

7-14-08                              *Mitchell Jail*
DATE                                  SIGNATURE OF APPLICANT

Case Number: CV 08 3295

# CERTIFICATE OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of **mitchell Earl** for the last six months
[prisoner name]
**SAN QUENTIN state PRISON** where (s)he is confined.
[name of institution]
I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ **113.50** and the average balance in the prisoner's account each month for the most recent 6-month period was $**113.50**.

Dated: **7/23/08**

_____
[Authorized officer of the institution]

```
REPORT ID: TS3030 .701        CALIFORNIA DEPARTMENT OF CORRECTIONS              REPORT DATE: 07/23/08
                              SAN QUENTIN PRISON                                 PAGE NO:           1
                              INMATE TRUST ACCOUNTING SYSTEM
                              INMATE TRUST ACCOUNT STATEMENT

                              FOR THE PERIOD: FEB. 23, 2007 THRU JUL. 23, 2008

ACCOUNT NUMBER  : D00741                         BED/CELL NUMBER: N 5 000000000029L
ACCOUNT NAME    : EARL, MITCHELL DOUGLAS         ACCOUNT TYPE:  I
PRIVILEGE GROUP : B

                              TRUST ACCOUNT ACTIVITY

TRAN
DATE   CODE   DESCRIPTION        COMMENT     CHECK NUM    DEPOSITS    WITHDRAWALS    BALANCE
-----  -----  -----------------  -------     ---------    --------    -----------    -------
02/23/2007     BEGINNING BALANCE                                                        6.37
03/05  D554   INMATE PAYROLL     3064/FEB07                27.00                       33.37
03/12  FR01   CANTEEN RETUR      603171                                 2.50-          35.87
03/12  FC01   DRAW-FAC 1         603171                                20.00           15.87
04/09  D554   INMATE PAYROLL     3470/MAR07                27.00                       42.87
04/16  FR01   CANTEEN RETUR      603565                                 4.90-          47.77
04/16  FC01   DRAW-FAC 1         603565                                30.00           17.77
05/04  D554   INMATE PAYROLL     3575/APR07                27.00                       44.77
05/11  FC01   DRAW-FAC 1         3755                                  44.77            0.00
06/11  D554   INMATE PAYROLL     604243/MAY07              31.50                       31.50
07/05  FR01   CANTEEN RETUR      604247                                 0.90-          32.40
07/05  FC01   DRAW-FAC 1         604250                                32.40            0.00
07/06  D554   INMATE PAYROLL     0047/JUNE07               31.50                       31.50
07/09  FC01   DRAW-FAC 1         0049/MAY07                              5.00          26.50
                                                                         3.72-         30.22
07/10  W526   COPAY CHARGE       0087/COPAY                              3.72          26.50
07/16  FR01   CANTEEN RETUR      700168                                 30.00-         56.50
                                                                         4.60          28.90 59.50
07/16  FC01   DRAW-FAC 1         0177/M2ND                              30.00          28.90 62.62
07/26  W502   POSTAGE CHARG      0414POSTAG                              4.60          58.02
08/04  D554   INMATE PAYROLL     0513JULY07                31.50                       59.52 
08/13  FR01   CANTEEN RETUR      700606B                                 0.50-         60.02
08/13  FC01   DRAW-FAC 1         0611/M2ND                              30.00          30.02
08/15  W502   POSTAGE CHARG      064BPDSTAG                              2.50          27.52
09/05  D554   INMATE PAYROLL     0848/PDST                 31.20                       53.42
09/07  FR01   CANTEEN RETUR      0909/AUG07                               0.95-        54.37
09/07  FC01   DRAW-FAC 1         0909/AUG07                              45.00          9.37
09/17  W502   POSTAGE CHARG      701086                                                 0.35-
10/05  D554   INMATE PAYROLL     1088/MAIN2                50.40                       75.52
10/15  FR01   CANTEEN RETUR      701491                                  0.35-
10/15  FC01   DRAW-FAC 1         1498/MAIN2                              60.00         15.87
11/06  D554   INMATE PAYROLL     1824/OCT07                56.00                       71.87
11/13  FR01   CANTEEN RETUR      1944/M2&3                                              11.87
12/06  D554   INMATE PAYROLL     2245/NOV07                56.00                       67.87
12/17  FC01   DRAW-FAC 1         2407/MEND                               67.87          0.00
      ACTIVITY FOR 2008
01/08  D554   INMATE PAYROLL     2661/DEC07                56.00                       56.00
01/14  FR01   CANTEEN RETUR      702743                                  9.22-         56.22
01/14  FC01   DRAW-FAC 1         2773/MAIN2                              55.00          1.22
02/11  D554   INMATE PAYROLL     3125/M2ND                 55.50                       56.00
03/06  D554   INMATE PAYROLL     3456/JAN08                56.00                      112.00
03/07  FR01   CANTEEN RETUR      703594                                   1.22-
03/14  FC01   DRAW-FAC 1         3453/FEB08                               70.00        43.22
03/17  FC01   DRAW-FAC 1         3603/2NDM                                36.00         7.22
03/24  W516   LEGAL COPY CH      3723/LCOPY
04/04  D554   INMATE PAYROLL     3895/MAR08                                            62.78
```

```
REPORT ID: TS3030 .701                    SAN QUENTIN PRISON                          REPORT DATE: 07/23/08
                                       INMATE TRUST ACCOUNT STATEMENT                 PAGE NO:      2

                                    FOR THE PERIOD: FEB. 23, 2007 THRU JUL. 23, 2008

ACCT: D00741         ACCT NAME: EARL, MITCHELL DOUGLAS                                ACCT TYPE: I

DATE  TRAN
      CODE   DESCRIPTION       COMMENT       CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE
04/11 W502   POSTAGE CHARG     3987/POST                                 4.60      58.12
04/14 FR01   CANTEEN RETUR     704017                                    0.40-     58.52
04/14 FC01   DRAW-FAC 1        4024/M2ND                                58.52       0.00
05/05 D554   INMATE PAYROL     4323APRL08               56.00                      56.00
05/06 W512   LEGAL POSTAGE     4329/LPOST                                1.48      54.52
05/12 FR01   CANTEEN RETUR     704427                                    0.22-     54.74
05/12 FC01   DRAW-FAC 1        4442/MAIN2                               50.00       4.74
06/05 D554   INMATE PAYROL     4728/MAY08               16.65                      21.39
06/05 FC03   DRAW-FAC 3        4737LCKUP1                               21.39       0.00
06/23 FR01   CANTEEN RETUR     7047633                                  50.00-     50.00
06/23 W516   LEGAL COPY CH     5007/COPY                                 0.60       49.40
07/02 W502   POSTAGE CHARG     0016/POST                                 1.17       48.23
07/02 FR01   CANTEEN RETUR     800185                                    0.24-      48.47
07/14 FC01   DRAW-FAC 1        0194/MAIN2                               48.47       0.00

                                 TRUST ACCOUNT SUMMARY

      BEGINNING      TOTAL        TOTAL        CURRENT      HOLDS      TRANSACTIONS
      BALANCE        DEPOSITS     WITHDRAWALS  BALANCE      BALANCE    TO BE POSTED

       6.37          681.00       687.37       0.00         0.00       0.00

                                               CURRENT
                                               AVAILABLE
                                               BALANCE
                                               0.00
```

Mitchell Earl
D-00241 Su 3\6\0\3
San Quentin,
Calif. 94974

BUSINESS REPLY MAIL
FIRST-CLASS MAIL   PERMIT NO. 12615   WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES



*[signature] 7/25/08*

Case 4:08-cv-03295-CW    Document 3-2    Filed 07/29/2008    Page 2 of 2